UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RIMA HANI AYYAD,<br><br>Plaintiff,<br><br>vs.<br><br>PHILIP S. GOLDBERG, *et al.*,<br><br>Defendants. | 22-11192<br><br><br><br>HONORABLE TERRENCE G. BERG |

# ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: August 22, 2022